```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0082--CR (JWS)
                   "USA V JAMES JACKSON SR."
                   DEF 1.1 JACKSON, JAMES SR.

       Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/12/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Released on Own Recognizance
        Trial date: 12/19/05
        Terminated: NO
Needs interpreter: NO
  Counsel of record: Sue Ellen Tatter
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 JACKSON, JAMES SR.

Document            Count    Citation and Description                          Disposition
_____   _____    _____   _____
    1 -   1 INF       1      29:501(c) EMBEZZLMENT OF UNION FUNDS (F)          Pending
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0082--CR (JWS)
                                 "USA V JAMES JACKSON SR."

                                      For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/12/05
            Closed: NO
No. of Defendants: 1


 Document #    Filed      Docket text
 ──────────                ─────────────────────────────────────────────────────────

      1 -  1   09/12/05   [Re: DEF 1] PLF 1 Information.

   NOTE -  1   09/13/05   Issued: Summons

      2 -  1   09/13/05   [Re: DEF 1] JDR Minute Order re Arr set for 10/19/05 at 9:30 a.m. cc:
                          USA, USM, USPO, def w/USM cy

   NOTE -  2   09/14/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

      3 -  1   09/21/05   USM Return of svc on summons re: DEF 1 executed on 9/21/05.

      4 -  1   10/19/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Felony Info
                          (held 10/19/05); crt directed CMC to correct and amend all paperwork and
                          computer system to reflect Sr. at the end of the def's name; S. Tatter
                          accepted appt; plea not guilty to Ct 1 of the Info; meet and confer set
                          for 10/20/05, ptm's due 11/8/05; TBJ set for 12/19/05 at 9:00 a.m.
                          before USDJ Sedwick, FPTC set for 12/19/05 at 8:30 a.m., USA unavailable
                          from 12/15/05 to 12/27/05; cc: USA, FPD, USM, USPO, JC, USDJ Sedwick.

      5 -  1   10/19/05   DEF 1 Attorney Appearance of S. Tatter (FPD).

      6 -  1   10/20/05   [Re: DEF 1] Waiver of indictment.

      7 -  1   10/20/05   [Re: DEF 1] Financial Affidavit.

      8 -  1   10/20/05   [Re: DEF 1] JDR Order of Personal Recognizance. cc: USA, FPD, USM, USPO

      9 -  1   10/20/05   [Re: DEF 1] Order setting conditions of release. cc: USA, FPD, USM, USPO

     10 -  1   10/20/05   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 10/20/05; PTM's due 11/8/05. cc: USA, FPD

     11 -  1   10/21/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

     12 -  1   10/24/05   [Re: DEF 1] JWS Minute Order setting TBJ on 12/19/05 @ 9:00 a.m. & FPTC
                          for 12/19/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC

     13 -  1   11/15/05   DEF 1 Notice of Intent to change plea.
```