LODGED
DEC 0 7 2005

FILED
DEC 0 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. JACKSON, SR.<br><br>Defendant. | NO. A05-0082 CR (JWS)<br><br>**ORDER** |

After due consideration of the Joint motion to vacate December 19, 2005, trial date and pretrial conference and set the matter for sentencing and change of plea in early February, for good cause shown, the motion is GRANTED. The December 19, 2005, trial and pretrial conference dates are vacated. A hearing to consider a proposed change of plea and sentencing is set for February __7__, 2006 at 8:30 a.m./~~p.m.~~.

DATED this 8th day of December 2005.

**NOTICE**
No less than seven (7) days prior to the sentencing date, each party shall file a written sentencing memo pursuant to D.AK 32.1(d) and serve opposing counsel and the probation officer.

JOHN W. SEDWICK
U.S. DISTRICT JUDGE

A05-0082--CR (JWS)    12-8-05
--------------------------------
S. TATTER (FPD)
K. LOEFFLER (US ATTY)
US MARSHAL

US PROBATION
JURY CLERK
MAGISTRATE JUDGE ROBERTS

15