Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. JACKSON, SR.<br><br>Defendant. | NO. A05-0082 CR (JWS)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE SENTENCING DATE** |

   The defendant, JAMES A. JACKSON, SR., through counsel, with the non-opposition of Assistant U.S. Attorney Karen Loeffler, moves this Honorable Court to continue the change of plea and sentencing set for February 7, 2006, in Anchorage. The reason for the request is that defense counsel has another sentencing set in Juneau, which cannot be continued, the same day.

   Both parties plan on filing sentencing memos on January 31, 2006, as previously scheduled.

The defense also will submit a new transportation order for Mr. Jackson, who is indigent, but willing to come to Anchorage to avoid having court and counsel go to Ketchikan.

DATED this 25th day of January 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:   907-646-3400
Fax:     907-646-3480
E-Mail:  sue_ellen_tatter@fd.org

Certification:
I certify that on January 25, 2006,
a copy of the *Unopposed Motion on
Shortened Time to Continue Sentencing
Date* was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Tim Astle
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter