UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. JACKSON, SR.<br><br>Defendant. | NO. A05-0082 CR (JWS)<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Continue Sentencing Date, the motion is GRANTED. The change of plea and sentencing hearing, currently scheduled for February 7, 2006, in Anchorage, is rescheduled to _____, 2006, at _____ ___.m.

DATED this ____ day of January 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE