UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. JACKSON, SR.<br><br>Defendant. | NO. A05-0082 CR (JWS)<br><br>**ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Continue Sentencing Date, the motion is **GRANTED**. The change of plea and sentencing hearing, currently scheduled for February 7, 2006, in Anchorage, is rescheduled to February 10, 2006, at 8:30 a.m.

DATED this 25th day of January 2006.

        /s/
JOHN W. SEDWICK
U.S. DISTRICT JUDGE