Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A05-0082 CR (JWS) |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR TRANSPORTATION FROM KETCHIKAN, ALASKA TO ANCHORAGE, ALASKA** |
| JAMES A. JACKSON, SR. | |
| Defendant. | |

The defendant, JAMES A. JACKSON, SR., through counsel, hereby requests that this court issue an order directing the United States Marshals to provide noncustodial transportation for the defendant from Ketchikan, Alaska to Anchorage, Alaska for his Change of Plea and Sentencing Hearing rescheduled for February 10, 2006, at 8:30 a.m.

The defendant is indigent and has no available funds for transportation. This request is made pursuant to 18 U.S.C. § 4285.

DATED this 26th day of January 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:   907-646-3400
Fax:     907-646-3480
E-Mail:  sue_ellen_tatter@fd.org

Certification:
I certify that on January 26, 2006,
a copy of the *Motion for Transportation
From Ketchikan, Alaska to Anchorage,
Alaska* was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Sue Ellen Tatter