UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. A05-0082 CR (JWS) |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| JAMES A. JACKSON, SR. | |
| Defendant. | |

After due consideration of the Motion for Transportation From Ketchikan, Alaska to Anchorage, Alaska, the motion is GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide noncustodial transportation for defendant James A. Jackson, Sr. from Ketchikan, Alaska to Anchorage, Alaska in sufficient time to attend his Change of Plea and Sentencing Hearing rescheduled to February 10, 2006, at 8:30 a.m. (See, Docket No. 19).

DATED this _____ day of January 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE