UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. JACKSON, SR.,<br><br>Defendant. | NO. A05-0082 CR (JWS)<br><br>**ORDER** |

After due consideration of the Motion for Transportation From Ketchikan, Alaska, to Anchorage, Alaska, the motion is **GRANTED**.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide noncustodial transportation for defendant James A. Jackson, Sr. from Ketchikan, Alaska, to Anchorage, Alaska, in sufficient time to attend his Change of Plea and Sentencing Hearing rescheduled to **February 10, 2006**, at **8:30 a.m.** (*See*, Docket No. 19).

DATED this 26th day of January 2006.

/s/
JOHN W. SEDWICK
U.S. DISTRICT JUDGE