Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. JACKSON, SR.<br><br>Defendant. | NO. A05-0082 CR (JWS)<br><br>**NON-OPPOSED MOTION ON SHORTENED TIME TO PERMIT TELEPHONIC TESTIMONY** |

The defendant, James A. Jackson, Sr., through counsel, with the non-opposition of Assistant U.S. Attorney Audrey Renschen (appearing for Assistant U.S. Attorney Karen Loeffler), requests that Mrs. Dorene Jackson, the defendant's wife, be permitted to testify by telephone at the sentencing hearing set for 8:30 a.m. on February 10, 2006.

Mrs. Jackson hoped to travel from the family home in Ketchikan to Anchorage with her husband but cannot currently afford the ticket.

DATED this 9th day of February 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on February 9, 2006,
a copy of *Non-opposed Motion on
Shortened Time to Permit Telephonic
Testimony* and the *Proposed Order*
was served electronically on:

Audrey Renschen/Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Tim Astle
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter