UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. A05-0082 CR (JWS) |
| Plaintiff, | |
| vs. | **PROPOSED ORDER GRANTING NON-OPPOSED MOTION ON SHORTENED TIME TO PERMIT TELEPHONIC TESTIMONY** |
| JAMES A. JACKSON, SR. | |
| Defendant. | |

After due consideration of the defendant's Non-Opposed Motion to Permit Telephonic Testimony, the motion is GRANTED. Mrs. Dorene Jackson, the defendant's wife, is hereby permitted to testify by telephone at the sentencing hearing set for 8:30 a.m. on February 10, 2006.

DATED this _____ day of February 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE