Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>JAMES A. JACKSON, SR.<br><br>             Defendant. | NO. A05-0082 CR (JWS)<br><br>**NOTICE OF FILING LETTER**<br><br>**(Filed on Shortened Time)** |

        The defendant, JAMES A. JACKSON, SR., through counsel, hereby gives

notice of filing the attached letter from his wife, Dorene Jackson.  This letter is filed in aid

of sentencing set for February 10, 2006.

        DATED this 9th day of February 2006.

                        Respectfully submitted,

                        s/Sue Ellen Tatter
                        Assistant Federal Defender
                        550 West 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        Phone:        907-646-3400
                        Fax:          907-646-3480
                        E-Mail:       sue_ellen_tatter@fd.org

Certification:
I certify that on February 9, 2006,
a copy of the *Notice of Filing Letter*
was served electronically on:

Audrey Renschen/Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Tim Astle
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Sue Ellen Tatter