Feb. 8, 2006

To whom it May Concern,

Yes in the past, we have had some domestic problems. That is the way we look at it in the past. All had to do with alcohol. It has been 10 yrs for my husband James A. Jackson Sr. <u>He is a good loving and caring father, Husband and grandpa!</u> We almost got a divorce, but he wouldn't give it to me, He made up his mind that he would go to treatment and he followed through, He asked me if he could move back in, and show me and his children he will not drink again or hurt me, James never hit our children. He has kept his word, and showing us love & happiness every day." We know and you should know my husband will never drink alchol ever again." James loves us to much and dosen't want to lose his family that means so much to him. We are very very close James means so much to us. So proud of him for making the right choise for getting help with his past alcohal problem, and saying he wanted to stay together. Feb.24, 2006 will be 31 years. Wow!!!"

Sincerely James A. Jackson Sr's.
wife Dorene Jackson