UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. JACKSON, SR.<br><br>Defendant. | NO. A05-0082 CR (JWS)<br><br>**ORDER GRANTING NON-OPPOSED MOTION ON SHORTENED TIME TO PERMIT TELEPHONIC TESTIMONY** |

After due consideration of the defendant's Non-Opposed Motion to Permit Telephonic Testimony, the motion is GRANTED.  Mrs. Dorene Jackson, the defendant's wife, is hereby permitted to testify by telephone at the sentencing hearing set for 8:30 a.m. on February 10, 2006.

DATED this 9th day of February 2006.

_____/s/_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE