UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES A. JACKSON, SR.<br><br>　　　　Defendant. | NO. A05-0082 CR (JWS)<br><br>**ORDER** |

James A. Jackson's oral motion for transportation is hereby GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshal's Service is directed to provide return transportation for defendant JAMES A. JACKSON, SR. from Anchorage, Alaska to Ketchikan, Alaska after his Change of Plea and Sentencing Hearing scheduled for February 10, 2006.

DATED this 10th day of February 2006.

　　　　　　　　　　　REDACTED SIGNATURE
　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　U.S. DISTRICT JUDGE